**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE,** | : | **CIVIL ACTION NO. 1:26-CV-173** |
| | : | |
| **Petitioner,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

AND NOW, this 10th day of November 2026, in consideration of the petitioner's motion (Doc. 31) for an award of attorney fees under the Equal Access to Justice Act, and for the reasons explained in the accompanying memorandum, the court hereby STAYS this motion pending the Supreme Court's resolution of Palacios v. Liggins, No. 25-1223, 2026 WL 1855057 (June 29, 2026).

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania